AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

---- OFFENSE CHARGED ----

Title 18 U.S.C. Section 111 - Assaulting, resisting, or impeding certain officers or employees (Class A Misdemeanor)

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

PENALTY: 1 year imprisonment; $100,000 fine; $25 special assessment; 1 year of supervised release; 5 years probation

---- DEFENDANT - U.S ----

▶ JOSEPH PACHECO, JR.

DISTRICT COURT NUMBER

CR08-417 WDB

**FILED**
JUN 26 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

---- DEFENDANT ----

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District) _____

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

---- PROCEEDING ----

Name of Complaintant Agency, or Person (& Title, if any)
United States Post Office

☐ person is awaiting trial in another Federal or State Court, give name of court _____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District _____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO. _____

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO. _____

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under _____

Name and Office of Person Furnishing Information on this form   Joseph P. Russoniello
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Maureen C. Bessette

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☒ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT      Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:
_____

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: July 22, 2008    Before Judge: Brazil

Comments:

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

FILED
2008 JUN 26 PM 3: 34

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) No. CR08-417 WDB |
|---|---|
| Plaintiff, | ) VIOLATION: 18 U.S.C. § 111(a)(1) - |
| v. | ) Assault on a Federal Officer (Class A Misdemeanor) |
| JOSEPH PACHECO, JR., | ) |
| Defendant. | ) OAKLAND VENUE |

INFORMATION

The United States Attorney charges:

On or about September 30, 2007, in the Northern District of California, the defendant,

JOSEPH PACHECO, JR.,

did forcibly assault, resist, oppose, impede, intimidate, and interfere with an employee of the United States (as designated in Title 18, United States Code, Section 1114), specifically, a United States mail processing clerk, while that employee was engaged in, and on account of the performance of, that employee's official duties, in violation of Title 18, United States Code,

///

///

1 | Section 111(a)(1), a Class A Misdemeanor.

2

3 | DATED: June 23, 2008

Joseph P. Russoniello
United States Attorney

W. DOUGLAS SPRAGUE
Assistant United States Attorney

(Approved as to form: _____)
MAUREEN BESSETTE
Special Assistant United States Attorney

INFORMATION                                    -2-