JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

W. DOUGLAS SPRAGUE (CSBN202121)
Chief, Oakland Branch

MAUREEN BESSETTE (NYSBN 246854)
Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, CA 94612
Telephone: (510) 637-3680
Fax: (510) 637-3724
Email: Maureen.Bessette@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-08-417 WDB |
| Plaintiff, | |
| v. | **MOTION FOR SUMMONS** |
| JOSEPH PACHECO, JR., | |
| Defendant. | |

   Based on the facts set forth in the Declaration of Joshua M. Fryday in Support of the United States' Motion for Summons, the United States hereby requests that the Court issue a summons for defendant JOSEPH PACHECO, JR., to appear on July 22, 2008. The facts set forth in the declaration demonstrate that probable cause exists to summon the defendant to answer the

///
///
///
///
///
///
///

MOTION FOR SUMMONS

Information that has been filed by the United States Attorney.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: 6-23-08

_____
MAUREEN BESSETTE
Assistant United States Attorney

MOTION FOR SUMMONS                    -2-

1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
   W. DOUGLAS SPRAGUE (CSBN202121)
3  Chief, Oakland Branch

4  MAUREEN BESSETTE (NYSBN 246854)
   Assistant United States Attorney
5
   1301 Clay Street, Suite 340S
6  Oakland, CA 94612
   Telephone: (510) 637-3680
7  Fax: (510) 637-3724
   Email: Maureen.Bessette@usdoj.gov
8
   Attorneys for the United States of America
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                           OAKLAND DIVISION

13  UNITED STATES OF AMERICA,        )  Case No. CR-08-417 WDB
                                     )
14       Plaintiff,                  )
                                     )  DECLARATION OF JOSHUA M.
15  v.                               )  FRYDAY IN SUPPORT OF UNITED
                                     )  STATES' MOTION FOR SUMMONS
16  JOSEPH PACHECO, JR.,             )
                                     )
17                                   )
         Defendant.                  )
18  _____)

19
    I, Joshua M. Fryday, hereby declare as follows:
20
    1. I am the Law Clerk assigned to this case. I have received the following information from
21
    agents employed by the United States Postal Service (USPS) and from reports and other
22
    documents provided to me by the USPS.
23
    2. On September 30, 2007, Postal Inspector McClain-Sanders received notification of an
24
    alleged assault involving the defendant and a female postal employee at the Oakland Processing
25
    and Distribution Center (P&DC).
26
    3. Postal Inspector McClain-Sanders visually observed Ms. Foster and noticed that she
27

28  DECLARATION IN SUPPORT OF MOTION FOR SUMMONS

appeared to have been assaulted. Inspector Muniz took photographs of Foster's clothing and injuries.

4. Both Ms. Foster and a witness stated that the defendant approached Ms. Foster at their workplace, grabbed her and began yelling at her and saying "You mean nothing to me."

5. Ms. Foster alleges that the defendant pushed her down into a trash compactor and began kicking her.

6. The defendant admitted to the Postal Inspectors that he was standing over Foster with his foot on her stomach because "I wanted her to hear what I said."

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed June 23, 2008 at Oakland, California.

DATED: 6-23-08

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

JOSHUA M. FRYDAY
Law Clerk
United States Attorney's Office

DECLARATION IN SUPPORT OF MOTION FOR SUMMONS
-2-

JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR-08-417 WDB |
| Plaintiff, ) | |
| v. ) | [PROPOSED] ORDER FOR SUMMONS |
| JOSEPH PACHECO JR., ) | |
| Defendant. ) | |

Having reviewed the Declaration of Joshua M. Fryday, the Court finds that probable cause exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of the Court is directed to issue a Summons directing the defendant, Joseph Pacheco Jr., to appear on July 22, 2008 at 10:00 am before Magistrate Judge Wayne D. Brazil to answer the Information that has been filed by the United States Attorney.

IT IS SO ORDERED.

Dated: _____                    _____
                                          BERNARD ZIMMERMAN
                                          United States Magistrate Judge

ORDER FOR SUMMONS