1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney

FILED
JUL - 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-08-417 WDB |
| Plaintiff, | |
| v. | [PROPOSED] ORDER FOR SUMMONS |
| JOSEPH PACHECO JR., | |
| Defendant. | |

Having reviewed the Declaration of Joshua M. Fryday, the Court finds that probable cause exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of the Court is directed to issue a Summons directing the defendant, Joseph Pacheco Jr., to appear on July 22, 2008 at 10:00 am before Magistrate Judge Wayne D. Brazil to answer the Information that has been filed by the United States Attorney.

IT IS SO ORDERED.

Dated: 30 June 08

BERNARD ZIMMERMAN
United States Magistrate Judge

ORDER FOR SUMMONS