Clear Form

DOCUMENTS UNDER SEAL ☐                                    DOCUMENT NUMBER:

| **MAGISTRATE JUDGE**<br>**MINUTE ORDER** | DEPUTY CLERK<br>LISA CLARK | REPORTER/FTR<br>FTR 10:05:39-10:07:20 | |
|---|---|---|---|
| MAGISTRATE JUDGE<br>HON. WAYNE D. BRAZIL | DATE<br>9/5/08 | NEW CASE<br>☐ | CASE NUMBER<br>CR-08-417 WDB |

## APPEARANCES

| DEFENDANT<br>JOSEPHA PACHECO JR. | AGE | CUST<br>N | P/NP | ATTORNEY FOR DEFENDANT<br>RICHARD TAMOR | PD. ☐   RET. ☐<br>APPT. ☐ |
|---|---|---|---|---|---|

| U.S. ATTORNEY<br>STEVE CORRIGAN | INTERPRETER | ☐ FIN. AFFT<br>SUBMITTED | ☐   COUNSEL APPT'D |
|---|---|---|---|

| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>VICTORIA GIBSON | DEF ELIGIBLE FOR ☐<br>APPT'D COUNSEL | PARTIAL PAYMENT ☐<br>OF CJA FEES |
|---|---|---|---|

## PROCEEDINGS SCHEDULED TO OCCUR - ( IF NOT HELD _TYPE NH IN TIME FIELD)

| ☐ INITIAL APPEAR<br>time | ☐ PRELIM HRG<br>time | ☐ MOTION<br>time | ☐ JUGM'T & SENTG<br>time | ☒ STATUS<br>time |
|---|---|---|---|---|
| ☐ I.D. COUNSEL<br>time | ☐ ARRAIGNMENT<br>time | ☐ BOND SIGNING<br>time | ☐ IA REV PROB. or<br>time S/R | ☐ BAIL REVIEW<br>time |
| ☐ DETENTION HRG<br>time | ☐ ID/REMOVAL HRG<br>time | ☐ CHANGE PLEA<br>time NH | ☐ PROB. REVOC.<br>time | ☐ SUP REL HRG<br>time |

## INITIAL APPEARANCE

| ☐ ADVISED<br>OF RIGHTS | ☐ ADVISED<br>OF CHARGES | ☐ NAME AS CHARGED<br>IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

## ARRAIGNMENT

| ☐ ARRAIGNED ON<br>INFORMATION | ☐ ARRAIGNED ON<br>INDICTMENT | ☐ READING WAIVED<br>SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

## RELEASE

| ☐ RELEASED<br>ON O/R | ☐ ISSUED<br>APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | ☐ PASSPORT<br>SURRENDERED<br>DATE |
|---|---|---|---|---|

| PROPERTY TO BE POSTED<br>☐ CASH      $ | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |
|---|---|---|

| ☐ MOTION<br>FOR<br>DETENTION | ☐ PRETRIAL<br>SERVICES<br>REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING<br>AND FORMAL FINDINGS<br>WAIVED | ☐ REMANDED<br>TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

## PLEA

| ☐ CONSENT<br>ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE<br>REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT<br>FILED | OTHER: |

## CONTINUANCE

| TO:<br>10/1/08 | ☐ I.D. COUNSEL | ☐ BOND<br>SIGNING | ☐ STATUS RE:<br>CONSENT | ☒ STATUS/TRIALSET |
|---|---|---|---|---|
| AT:<br>10:00 AM | ☐ SUBMIT FINAN.<br>AFFIDAVIT | ☐ PRELIMINARY<br>HEARING OR | ☐ CHANGE OF<br>PLEA | ☐ BAIL REVIEW |
| BEFORE HON.<br>WDB | ☐ DETENTION<br>HEARING | ARRAIGN-<br>MENT | ☐ MOTIONS | ☐ JUDGMENT &<br>SENTENCING |
| ☐ TIME WAIVED | ☒ TIME EXCLUDABLE<br>UNDER 18 § USC<br>3161 | ☐ IDENTITY/<br>REMOVAL | ☐ PRETRIAL<br>CONFERENCE | ☐ PROB/SUP.REL.<br>REV. HEARING |

## ADDITIONAL PROCEEDINGS

COURT FINDS EXCLUDABLE TIME BASED ON ADEQUATE PREPARATION OF COUNSEL UNTIL 10/1/08