JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

MAUREEN BESSETTE
Assistant United States Attorney
GINGER DOLE
Law Clerk

   1301 Clay Street, Suite 340-S
   Oakland, CA 94612
   Telephone: (510) 637-3691
   Facsimile:  (510) 637-3724
   E-Mail: maureen.bessette@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-417 WDB |
|    Plaintiff, ) | |
|   v. ) | STIPULATION REQUESTING CONTINUANCE OF STATUS CONFERENCE AND EXCLUDING TIME FROM SPEEDY TRIAL ACT CALCULATION, AND [PROPOSED] ORDER |
| JOSEPH PACHECO, JR., ) | |
|    Defendant. ) | |

     The United States and defendant Joseph Pacheco, Jr., hereby stipulate as follows:

     1.    At previous status hearing on October 3, 2008, the Court set a further status hearing, change of plea, or trial setting for Tuesday October 28, 2008, at 10:00 a.m.

     2.    After the October 8, 2008, Counsel for the government and Mr. Pacheco engaged in settlement discussions and have identified a framework by which the matter can be settled. However, the framework for settlement must be presented to and approved by the Department of Justice in Washington, D.C. The parties anticipate that process to take approximately 3-4 weeks from the current status conference date of October 28, 2008.

STIPULATION AND [PROPOSED] ORDER
CR 08-417 WDB

1    3.    Accordingly, parties request a continuance of the current status, change of plea, trial setting date to Thursday November 20, 2008, at 10:00 a.m.

4.    Defendant agrees to exclude the time between October 28, 2008 and November 20, 2008, in computing the time within which trial must commence under the Speedy Trial Act. See 18 U.S.C. § 3161(h).  Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, in this case.  Should this case proceed to trial, defendant expects to file one or more motions in this case.  Within the last week, defense counsel received the final portion of Mr. Pacheco's extensive medical and psychological history, and Defendant requests this time exclusion in order to allow time for his counsel to perform the factual and legal investigation necessary to file such motion(s) and in order to allow time for defendant and defendant's counsel to consult concerning the motions and concerning potential dispositions of this case, and to allow the government to proceed with its presentation of a proposed disposition framework to the Department of Justice in Washington, D.C..

5.    Given these circumstances, the parties agree that the ends of justice served by excluding the period from October 28, 2008, and November 20, 2008, outweigh the best interest of the public and the defendant in a speedy trial.  Id. at § 3161(h)(8)(A).

IT IS SO STIPULATED.


DATED:    October 27, 2008          /S/_____
                                    RICHARD TAMOR
                                    Attorney for Defendant


DATED:    October 27, 2008          /S/_____
                                    MAUREEN BESSETTE
                                    Attorney for the United States


STIPULATION AND [PROPOSED] ORDER
CR 08-417 WDB                                    2

|   |   |
|---|---|
| 1 | **[PROPOSED] ORDER** |

2   In accordance with the stipulation of the parties, the status conference previously
3   scheduled for October 28, 2008, is continued to November 20, 2008.  The Court finds that the
4   ends of justice served by excluding the period from October 28, 2008, and November 20, 2008,
5   outweigh the best interest of the public and the defendant in a speedy trial, for the reasons
6   specified in the parties' stipulation. Accordingly, and with the consent of the defendant, the
7   period from October 28, 2008, and November 20, 2008, shall be excluded from Speedy Trial Act
8   calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).
9   IT IS SO ORDERED.

11  DATED:    October   27  , 2008         _____
                                            HONORABLE WAYNE D. BRAZIL
12                                          United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
CR 08-417 WDB                                  3