JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

MAUREEN C. BESSETTE (NYSBN 2468254)
Assistant United States Attorney

VIRGINIA DOLE
Law Clerk

    1301 Clay Street, Suite 340S
    Oakland, CA 94612
    Phone (510) 637-3680
    Fax (510) 637-3724
    E-Mail: Virginia.Dole@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-08-00417 WDB |
|     Plaintiff, ) | STIPULATION AND ORDER REFERRING CASE FOR COMPETENCY HEARING |
|     v. ) | |
| JOSEPH PACHECO JR., ) | |
|     Defendant. ) | |

    Defendant Joseph Pacheco Jr. and the government, through undersigned counsel, hereby stipulate and jointly move that the Court conduct a hearing to determine the mental competency of the defendant, pursuant to 18 U.S.C. § 4241(a). The parties further stipulate and jointly move that the Court order that a psychiatric examination be conducted of the defendant and filed with the Court in accordance with 18 U.S.C. §4241(b). The parties jointly recommend that the psychiatric examination be conducted by Dr. David R. Kessler, M.D. Further the parties jointly request that

time be excluded from today through the date of the competency determination pursuant to 18 U.S.C. § 3161(h)(1)(A).

At the last appearance on November 19, 2008, the Court took the matter off calendar until further notice because of the need to conduct examinations and judicial proceedings to determine the competency of the defendant to make a plea.

DATED: 12/02/08　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　MAUREEN BESSETTE
　　　　　　　　　　　　　　　　　　Assistant United States Attorney

DATED: 12/02/08　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　RICHARD TAMOR
　　　　　　　　　　　　　　　　　　Defense Counsel

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that a hearing be conducted to determine the mental competency of the defendant in accordance with 18 U.S.C. §4241(a).

IT IS FURTHER ORDERED that a psychiatric examination be conducted of the defendant by Dr. David R. Kessler, M.D. and filed with the Court in accordance with 18 U.S.C. §4241(b).

IT IS FURTHER ORDERED that the time between today and the date defendant's competency is determined will be excluded pursuant to 18 U.S.C. § 3161(h)(1)(A).

SO ORDERED.

DATED: December 10, 2008　　　　　_____
　　　　　　　　　　　　　　　　　　WAYNE D. BRAZIL
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

*United States v. Pacheco*, CR 08-00417 WDB
Stip. to Set for Competency Hearing　　　　　- 2 -